# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2453

_____

Jessie Carter,

*Plaintiff - Appellant,*

v.

Department of Agriculture, and its representatives in their official capacity at the USDA,

*Defendant - Appellee.*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: April 18, 2019
Filed: May 16, 2019
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Jessie Carter appeals the district court's[1] dismissal of his pro se action against the United States Department of Agriculture seeking relief under the Administrative

---

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas.

Procedures Act.  Having carefully reviewed the record and Carter's arguments on appeal, we find no basis for reversal.  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____